UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-31217
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

LARRY GLENN WYCHE,

Defendant-Appellant,

_____

Appeal from the United States District Court
for the Western District of Louisiana
(00-CR-50085-1)

_____

December 19, 2001
Before DAVIS, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

     Larry Glenn Wyche appeals the district court's order denying
his motion for release pending sentencing.  For the reasons given
by Magistrate Payne at the September 21, 2001, pre-sentence
detention hearing, we affirm the district court's order denying
bail.

     AFFIRMED.

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.